# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

ELIZABETH STREALY AND TODD
STREALY

VERSUS

BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY
AND A&M COLLEGE

NO. 2026 CW 0500

**JULY 20, 2026**

---

In Re: Board of Supervisors of Louisiana State University and A&M College ("LSU"), applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 715604.

---

**BEFORE: THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT GRANTED.** The trial court's March 31, 2026 judgment denying the motion for summary judgment of the Board of Supervisors of Louisiana State University and A&M College ("LSU") is reversed. The deviation of which plaintiff complains is well within the 1 to 1.5 inches that Louisiana courts have found do not present an unreasonable risk of harm. **Chambers v. Vill. of Moreauville**, 2011-898 (La. 1/24/12), 85 So.3d 593, 598; **Boyle v. Board of Supervisors, Louisiana State University**, 96-1158 (La. 1/14/97), 685 So.2d 1080, 1082-84; **Williams v. Leonard Chabert Med. Ctr.**, 98-1029 (La. App. 1st Cir. 9/26/99), 744 So.2d 206, 210, writ denied, 2000-0011 (La. 2/18/00), 754 So.2d 974. The deviation, located near the Barnes & Noble bookstore on LSU's campus is a heavily trafficked area with no history of similar trip-and-fall accidents, which suggest that the likelihood and magnitude of potential harm were low. See **Jefferson v. Nichols State Univ.**, 2019-1137 (La. App. 1st Cir. 5/11/20), 311 So.3d 1083, 1087, writ denied, 2020-00779 (La. 11/4/20), 303 So.3d 623. Plaintiffs, Elizabeth and Todd Strealy, have not met their burden of proof on summary judgment to demonstrate that the alleged defect was unreasonably dangerous or that LSU had actual or constructive notice of the defect. Accordingly, the motion for summary judgment filed by defendant, LSU, is granted, and plaintiffs' claims against LSU are dismissed with prejudice.

MRT
AHP
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT